In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO. TEXAS

2015 JUL 10 PM 12: 09

KEITH E. HOTTLE. CLERK

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

TO THE JUSTICES OF THE COURT:

STATEMENT FROM MARYANN CASTRO APPELLANT

I HAVE SUBMITTED MOTION TO REOPEN AGREEMENT FOR FINAL DIVORCE, REASON FACTS

FRAUD OVERVALED MARTIAL HOME USING A REALTORS OPINION, HIDING MARTIAL ASSETS, BANKRUPTCY.

APPELLANT MARYANN CASTRO CANNOT PAY FOR THE DEBTS INCURRED WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO THE AGREEMENT IS A FRAUD HAS MISREPRESENTAION OF HOME VALUE AND BANKRUPTCY, AND HIDING MARTIAL ASSETS.

APPELLANT MARYANN CASTRO HAS REPEATEDLY ASKED APPELLEE MANUEL CASTRO FOR HELP HE IGNORES AND YET FILES TO EXTEND BRIEF TIME WHEN HE HAS CAUSED ALL THIS STRESS DUE TO HIS DISHONESTY IN THE AGREEMENT FOR FINAL DIVORCE ALONG WITH THE MISTRESS AIDING INCONSPIRING TO COLLECT EQUITY ON A HOME THAT HAS NONE USED A REALTORS OPINION SHE HAD SET UP BY HER REALTOR FRIEND TO AIDE IN APPELLEE MANUEL CASTRO TO HARM APPELLANT MARYANN CASTRO BY OVERVALUING A HOME APPELLEE MANUEL CASTRO WAS NOT PAYING FOR AND HAD IN ACTIVE BANKRUPTCY AND HID THIS FROM THE COURT ON OCT 30,2013.

THE HOME MORTGAGE, TAXES ARE A SERIOUS DEBT AND NEED ATTENTION AND APPELLANT MARYANN CASTRO CANNOT PAY THESE ITEMS BY HERSELF.

APPELLEE MANUEL CASTRO CAUSED THESE PROBLEMS BY BEING DISHONEST APPELLEE MANUEL CASTRO IS PROLONGING THIS CASE TO EITHER CAUSE FORECLOSURE EITHER HOME OR TAX HE HAS HARMED APPELLANT MARYANN CASTRO IN THIS AGREEMENT.

APPELLEE MANUEL CASTRO HAS REFUSED TO BE HONEST AND SETTLE AN AGREEMENT FOR FINAL DIVORCE APPELLEE BRIEF WAS KNOWN THAT IS WAS DUE AND THE DELAY IS FINANCIALLY CAUSING STRESS UPON APPELLANT MARYANN CASTRO WHO IS DISABLED AND CANNOT PAY THE DEBTS

INCURRED WITHIN THE MARRIAGE MANUEL AND MARYANN CASTRO AND SHE NEVER SAID SHE WOULD PAY APPELLEE MANUEL CASTRO DEBT SHE WAS LED TO BELIEVE HE HAD BEEN PAYING THE HOME MORTGAGE AND THAT WAS A LIE

APPELLANT MARYANN CASTRO NEEDS THE SUPPORT OF ALIMONY FROM APPELLEE MANUEL CASTRO SHE DID REQUEST THIS FINANCIAL MATTER THAT IS NEEDED APPELLEE MANUEL CASTRO IS GAINFULLY EMPLOYEED AND CAN PAY THE DEBTS TOO THAT HE CAUSED BY BEING DISHONEST HE HAS BEEN PAYING FOR HIS MISTRESS WITIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO INSTEAD OF PAYING THE HOME MORTGAGE AND NOT HIS DEBTS INCURRED WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO.

APPELLANT MARYANN CASTRO HAS SUBMITTED DEBTS THERE ARE TAXES, MORTGAGE , INSURANCE STUDENT LOANS THESE DEBTS WERE WITHIN THE MARRIAGE OF MANUEL AND MARYANN CASTRO AND ALIMONY  IS NEEDED FROM APPELLEE MANUEL CASTRO APPELLANT MARYANN CASTRO WAS THE SPOUSE OF 29 YEARS AND IS DISABLED AND UNABLE TO PROVIDE FOR HERSELF.

MORTGAGE DEBT,TAX DEBT,INSURANCE,APPELLANT MARYANN CASTRO WAS LED TO BELIEVE APPELLEE MANUEL CASTRO HAD BEEN PAYING THESE ITEMS BUT THAT WAS A LIE AND MISREPRESENTAION ON OCT 30,2013.

APPELLANT MARYANN CASTRO IS SCHEDULED FOR SURGERY AND IS INJURED AND IS DISABLED AND THIS WAS IGNORED ON OCT 30, 2013.

IF THIS CASE GETS DRAGGED ANY FURTHER APPELLANT MARYANN CASTRO WILL BE HOMELESS DUE TO APPELLEE MANUEL CASTRO MISREPRSENTAION THAT THE HOME MORTGAGE WAS GETTING PAID HE WAS IN BANKRUPTCY AND EXPECTED TO CASH IN ON 40,000 ON A MORTGAGE HE OWED AND WAS NOT PAYING.

HOW IS APPELLANT MARYANN CASTRO WHO IS DISABLED PERSON TO PAY APPELLEE MANUEL CASTRO EQUITY WHEN THERE IS NONE.SELLING THE HOME WOULD STILL NOT WORK DEBT IS HIGHER THAN VALUE, FORECLOSURE WOULD RUIN CREDIT.

APPELLANT MARYANN CASTRO HAS REPEATEDLY ASKED FOR ALIMONY, SHE IS DISABLED AND CANNOT PAY THE DEBTS APPELLEE MANUEL CASTRO CAUSED HE IS A WELDER AND MAKES MORE THAN APPELLANT MARYANN CASTRO.THE HOME MORTGAGE IS IN MITIGATION MODIFICATION AND IS STILL IN JEPORADY DUE TO NON PAYMENT OF MORTGAGE.

APPELLEE MANUEL CASTRO IS FULLY AWARE OF THE DEBTS, AND IS NOT RESPONDING.

APPELLANT MARYANN CASTRO PRAYS FOR JUSTICE AND THE MOTION IS NEEDED ALIMONY AND REOPEN THE AGREEMENT FOR FINAL DIVORCE.

WITH RESPECT

APPELLANT MARYANN CASTRO-PRO-SE

1501OLIVE

JOURDANTON TEXAS 78026

PACATTITUDE2014@GMAIL.COM

830-496-0133 DATE 7/9/2015

A) WORKMANS CLAIM Appellant Maryann Castro not employed she has a disability

B) Mortgage statement BSI Past due and being disputed the dollar amount.

C) tax statement delinquent Appellant Maryann Castro paid 100. Has balance of 620.26

d)tax statement mobile home Appellant Maryann Castro paid 200. Has a balance 534.71

e) Notice of eviction paid by Maryann Castro to recover 95 Fleetwood Mobile home 116.00 and agreement signed by the Hernandez party

Appellant Maryann Castro prays for Justice she cannot pay for debts that were the responsibility of both Appellee Manuel Castro and Appellant Maryann Castro she is disabled and unemployed Appellee Manuel Castro is a welder and has not paid for any debt that occurred within the marriage Appellee Manuel Castro committed fraud Oct 30,2013.

This motion is needed and the time request Appellee Manuel Castro asked for has harmed Appellant Maryann Castro financially and Appellee Manuel Castro who did not pay the mortgage and conspired to pocket 40,000 overvaluing the home 1501 Olive he did this to harm Appellant Maryann Castro so he would not have to pay for any debts in the Marriage of Manuel and Maryann Castro and this was done to harm Appellant Maryann Castro.

This motion is needed and time is going to cause ruins financially Appellee Manuel Castro knows this and is ignoring the debts he has been sent copy 7/9/15

Copy sent to
appelle
7/9/15

In the Fourth Court Of Appeals

**Texas Department of Insurance**
Division of Workers' Compensation
7551 Metro Center Dr., Ste 100
Austin, TX 78744-1645

06/26/2015



4/10/15 ~Date of Injury~

Si prefiere hablar con una persona de habla hispana acerca de esta carta o acerca de su reclamo, sirvase a llamar al teléfono 1-800-252-7031.

MARY ANN CASTRO
1501 Olive St
Jourdanton, TX 78026-2220

| | |
|---|---|
| **Injured Worker:** | MARY ANN CASTRO |
| **Claim No.:** | 15280379-SA |
| **Employer:** | Texcom Inc |
| **Date of Injury:** | 04/10/2015 |
| **Carrier Name:** | |
| **Carrier No.:** | |

## RE: NOTICE OF INJURY

The Texas Department of Insurance (TDI), Division of Workers' Compensation (Division) has received notice of your on-the-job injury. TDI is the state agency that regulates the workers' compensation system in Texas. Income and medical benefits are paid by your employer's workers' compensation insurance carrier.

By law, you may be asked by the Division or insurance carrier to complete certain forms or provide additional information about your claim.

This packet has important information to assist you with your claim, including:

- Employee Rights and Responsibilities Under the Texas Workers' Compensation System,
- Return to Work Information for Injured Employees, and
- Injured Employee Checklist.

If you were employed by more than one employer on the date of your injury, and your injury causes you to lose wages from your other employment, you may provide current wage statements from all employers to the adjuster handling your claim. The insurance carrier may be required to use your total income from all employment to calculate the amount of income benefits you are entitled to receive.

For more information about the workers' compensation system in Texas, visit the TDI website at www.tdi.texas.gov/wc/indexwc.html.

If you have any questions about your workers' compensation claim please contact your employer or your adjuster. Contact the Division at the telephone number listed above, if you have questions about the information included in this packet. Please be prepared to provide the claim number listed above or your social security number and date of injury. You should contact the Division to report any change to your address and telephone number.

Sincerely,

Texas Department of Insurance,
Division of Workers' Compensation

 

314 S. Franklin Street
P.O. Box 517
Titusville, PA 16354

Customer Service: 1-800-327-7861

www.bsifinancial.com

# Mortgage Statement

Property Address: 1501 OLIVE STREET, JOURDANTON, TX 78026

STATEMENT DATE     03/17/15

| Account Number | 0000044675 |
|---|---|
| Payment Due Date | 04/01/15 |

## Amount Due     $89,621.06

*If payment is received after 04/16/15, $78.10 late fee will be charged.*

762

MANUEL G CASTRO JR
MARY ANN CASTRO
1501 OLIVE STREET
JOURDANTON, TX 78026

## Explanation of Amount Due

| | |
|---|---|
| PRINCIPAL: | $362.38 |
| INTEREST: | $1,199.68 |
| ESCROW (FOR TAXES AND INSURANCE) | $65.61 |
| **REGULAR MONTHLY PAYMENT** | **$1,627.67** |
| TOTAL FEES AND CHARGES: | $10,205.80 |
| OVERDUE PAYMENTS: | $77,787.59 |
| **TOTAL AMOUNT DUE:** | **$89,621.06** |

## Account Information

| | |
|---|---|
| OUTSTANDING PRINCIPAL: | $220,044.72 |
| INTEREST RATE (UNTIL MATURITY) | 6.950 |
| ESCROW BALANCE: | $1,118.23- |

## Transaction Activity (02/17/15 to 03/17/15)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/17/15 | Late Fee (charged because full payment not received by 02/16/15) | $78.10 | |
| 03/17/15 | Late Fee (charged because full payment not received by 03/16/15) | $78.10 | |
| 03/12/15 | FC COSTS | $923.00 | |
| 03/12/15 | CURATIVE TITLE | $31.44 | |
| 03/12/15 | FC TITLE | $225.00 | |
| 03/12/15 | FC COSTS | $382.50 | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | $0.00 | $0.00** |

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 03/17/15 you are 1202 days delinquent on your mortgage loan.
*Recent Account History*
Payment Due 10/01/14: Unpaid balance of  $2,526.14
Payment Due 11/01/14: Unpaid balance of  $2,526.14
Payment Due 12/01/14: Unpaid balance of  $2,526.14
Payment Due 01/01/15: Unpaid balance of  $2,526.14
Payment Due 02/01/15: Unpaid balance of  $2,526.14
Payment Due 03/01/15: Unpaid balance of  $1,705.77
Current Payment Due 04/01/15: $1,627.67
**Total: $89,621.06 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

## Important Messages

Keep upper portion for your records
----------------------------------------------------------------------
Please return this portion with your payment

# Delinquent Notice

ATASCOSA COUNTY TAX OFFICE
1001  OAK STREET
JOURDANTON, TX 78026

| Property Subject to Tax | |
|---|---|
| Property ID: | 17471        Type:    Real |
| Geographic ID: | 01239-00-000-001104 |
| Legal Acres: | 9.4500 |
| Legal Description: | ABS A01239 J POITEVENT SV-1,9.45 ACRES |
| Situs: | 1501 OLIVE ST |
| | , |
| DBA: | |
| Adj. Codes: | VC |

The amount due is based on the date payment is made.  See
Payment Schedule below for amount due.

CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

Write in Amount Paid: [                    ]

Please Separate and Return Top Portion

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Property ID: | 17471 |
| Geographic ID: | 01239-00-000-001104 |
| Legal Acres: | 9.4500 |
| Legal Description: | ABS A01239 J POITEVENT SV-1,9.45 ACRES |

Owner: (87397) CASTRO MANUEL & MARYANN
PO BOX 495
PLEASANTON, TX 78064

Pct Ownership: 100.0000000000

| Year | Stmnt ID | Taxing Unit | Taxable Value | Tax Rate | Base Tax | Total Due If Paid In | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | March 2015 | April 2015 | May 2015 |
| 2013 | 53838 | FARM TO MARKET ROAD | 238,300 | 0.076000 | $87.22 | $126.39 | $127.39 | $128.40 |
| 2013 | 53838 | EVERGREEN WATER DIST | 216,300 | 0.006000 | $6.24 | $9.04 | $9.12 | $9.19 |
| 2013 | 53838 | ATASCOSA COUNTY | 241,300 | 0.340600 | $395.84 | $573.57 | $578.13 | $582.67 |
| | | | | Total: | $489.30 | $709.00 | $714.64 | $720.26 |



Balance

## Tax Lien History

Total active tax liens 2

### HOME INFO

Back to Previous Page

| HOME NBR | LABEL NUMBER | SERIAL NUMBER | HOME OWNER | OWNER ADDRESS | CITY | STATE | ZIP | ELECTION TYPE |
|---|---|---|---|---|---|---|---|---|
| HM00558736 | TEX0561908 | TXFLS84A11032SC12 | MANUEL CASTRO | 6026 HAZEL VALLEY | SAN ANTONIO | TX | 78242 | PPNW |
|  | TEX0561909 | TXFLS84B11032SC12 | MARY ANN CASTRO |  |  | . |  |  |

### ATTACHED ACTIVE TAX LIENS

| | LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEX0561908 | TXFLS84A11032SC12 | 2013 | 06/09/2014 | ELECTRONIC |  |  | CTC-000-10 ATASCOSA COUNTY TAX OFFICE | 65922 | 378.81 | CASTRO MANUEL & MARY ANN % MICHAEL & MISTY HERNANDEZ 78 SOMERSET TX 78069 |
| 2 | TEX0561908 | TXFLS84A11032SC12 | 2014 | 02/17/2015 | ELECTRONIC |  |  | CTC-000-10 ATASCOSA COUNTY TAX OFFICE | 65922 | 355.90 | CASTRO MANUEL & MARY ANN % MICHAEL & MISTY HERNANDEZ 78 SOMERSET TX 78069 |

### UNATTACHED ACTIVE TAX LIENS

Unattached liens are liens filed with the department that have not been attached to a specific home either by serial number or label.

| LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|
| **No unattached active tax liens found** | | | | | | | | | | |

### ATTACHED RELEASED TAX LIENS

| | LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 1998 | 07/30/1999 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | m54114 | 326.54 | |
| 2 | | | 1999 | 06/16/2000 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 338.47 | |
| 3 | | | 2000 | 08/31/2001 | APX | 09/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | m54114040001300000430 | 386.96 | |
| 4 | | | 2001 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 5 | | | 2002 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 6 | | | 2003 | 08/05/2005 | APX | 08/14/2005 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 7 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-000-00 ATASCOSA COUNTY | M54114 | 0.00 | |
| 8 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-201-06 EVERGREEN UNDERGROUND WATER CONSERVATION DISTRICT | M54114 | 0.00 | |
| 9 | | | 2006 | 04/09/2007 | APX | 06/04/2008 | APX | 007-902-02 JOURDANTON INDEPENDENT SCHOOL DISTRICT | M54114 | 0.00 | |

### UNATTACHED RELEASED TAX LIENS

Unattached liens are liens filed with the department that have not been attached to a specific home either by serial number or label.

| LABEL NUMBER | SERIAL NUMBER | TAX YEAR | RECORDED DATE | RECORDED BY | RELEASED DATE | RELEASED BY | TAX UNIT NBR TAX UNIT NAME | ACCOUNT | AMOUNT ($) | PAYER |
|---|---|---|---|---|---|---|---|---|---|---|
| **No unattached released tax liens found** | | | | | | | | | | |

JUSTICE OF THE PEACE, PRECINCT 2

1567 FM 3175
LYTLE, TX 78052
(830) 772-5828



| Case Number : | 15-07-00304-FD | Rec. By : | Imelda |
|---|---|---|---|
| Receipt Number : | 18651 | Payment : | Cash Payment |
| Date Paid : | 07/06/2015 | | |

MARY ANN CASTRO

1501 OLIVE

JOURDANTON TX 78026

Paid By :          MARY ANN  CASTRO

Offense :

| Cost Code | Original Amount | Amount Owed | Amount Paid | Balance Owed | Type |
|---|---|---|---|---|---|
| IND-CIVIL | 6.00 | 6.00 | 6.00 | 0.00 | MF |
| EFF | 10.00 | 10.00 | 10.00 | 0.00 | MF |
| CIVIL-CST | 25.00 | 25.00 | 25.00 | 0.00 | MF |
| CVCONSFEE | 75.00 | 75.00 | 75.00 | 0.00 | MF |
| Totals : | 116.00 | | 116.00 | 0.00 | |

| | | |
|---|---|---|
| Original Amount Owed : | 116.00 | Payment Remarks : |
| Amount Paid : | 116.00 | |
| Amount Applied : | 116.00 | |
| Total Paid : | 116.00 | |
| Credit Balance : | | |
| Total Owed : | 0.00 | |
| Amount Unapplied | 0.00 | |



Received By _Imelda E. Placido_

Purchase Statement

8 years or 96 months   $1000 Down Payment
Principle $48,000      $47,000 Balance

Taxes  $485.00 Escrow account to be set up $50.00 per month
Total Monthly Payment $500.00

Taxes may change according to yearly cost. This may cause an increase or decrease in the total
monthly payment for escrow account.

Liability insurance for injuries to persons entering onto the property is not provided.

On or before the 6th day of March of each year during the time this agreement is in effect, a statement
will be provided to the buyers showing the balance due.

The undersigned acknowledges receipt of a true copy of this statement.


_____          _____

buyer                             Date